# ALABAMA COURT OF CRIMINAL APPEALS



September 12, 2025

**CR-2024-0507**
Alexandria Hancock v. State of Alabama (Appeal from Montgomery Circuit Court:
CC-19-410)

## NOTICE

You are hereby notified that on September 12, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk